IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Jonathan Ellis Brown #170224 )
Full name and prison number of )
plaintiff(s) )
)
V. )
)
Attorney General Troy King )
)
Ala. Legislature Seth Hammet )
)
Governor Bob Riley )
)
Ala. Legislature A-2 ET, AL )
)
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

RECEIVED

2006 OCT 16  A 9:25

...RA P. HACKETT, CL..
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 2:06-CV-931-MHT
(To be supplied by the Clerk of the
U.S. District Court)

DEMAND FOR JURY TRIAL

I.   PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B. have you begun other lawsuits in state of federal court relating to your imprisonment?   Yes ( )   No (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

       1.  Parties to this previous lawsuit:
           Plaintiff(s) None

           Defendant(s) None

       2.  Court (if federal court, name the district; if state court, name the county)

       3.  Docket No. None

       4.  Name of Judge to whom case was assigned

5. Disposition (for example: Was the case dismissed? Was it appealed? is it still pending?
   None

6. Approximate date of filing lawsuit None

7. Approximate date of disposition None

II. PLACE OF PRESENT CONFINEMENT ST.CLAIR UNIT

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED
Montgomery County, AL

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

**NAME**                                      **ADDRESS**

1. Attorney GEN. Troy King 11 South Union ST., Montgo., AL

2. Legislature Seth Hammet, 11 So. Union ST., Alabama State,

3. House, Montgomery AL. 36130

4. Governor Bob Riley

5. 

6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 7/7/03

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Section's 13A-11-200 and 15-20-22 (A) (1) of the Code of Ala. 1975, unconstitutional due to Vaguness.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

   [ See attached Pages]

-2-

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_____

_____

_____

_____

*Jonathan Brown*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____
                (date)

_____
Signature of plaintiff(s)

UNITED STATES DISTRICT COURT

Jonathan Ellis Brown
    Plaintiff

    V.

Bob Riley (Govorner of Ala.)
Troy King (Attorney General)
Beth Hammelt (Speaker for House of Rep.)
    Defendant's

## COMPLAINT

---

1. The plaintiff is an inmate serving an illegal criminal sentence for violating § 13A-11-200 Alabama Code 1975, "Persons convicted of certain offences to register with Sheriff in County of residence; registration on moving from one County to another.

2. The defendant's are responsible for the enacting and enforcement of §'s 13A-11-200 and 15-20-22 CA) CI) of the Code of Alabama.
    (a). Defendant Troy King is the Attorney General for the State of Alabama
    (b). Defendant Beth Hammelt is the speaker of the Alabama House of Representative's and defendant A-2 Legislatures are the active members of the Alabama State Legislature.
    (c). Defendant Bob Riley is the Govorner of the State of Alabama.

3. Plaintiff demands a Trial by Jury.

4. Brown has been unlawfully penalized pursuant to the

unconstitutional sections of the Alabama Code known as Section's 13A-11-200 & 15-20-22 (A)(1) of the Code of Alabama 1975, which is vauge and indefinite for failure to define who is the responsible state agency that must inform Brownupon his conviction for violating 13A-11-200 Code 1975 and his release after serving his sentence, Who is required by law to inform him that he must register as a convicted sex offender with the local Sheriff Department where he resides.

5. Neither Statute designate who is the responsible State Agency required after Browns release from prison or sentence and placed on probation, who is required by law to inform him that he is to register as a sex offender.

6. The Void for Vagueness Doctrine requires that a penal statute define the criminal offense's with sufficient definiteness that ordinary people can understand what conduct is prohibited and in a manner that does not encourage arbitrary and discriminatory enforcement.

In scrutinizing these statute's they both fail to give fair notice to Brown and the public as to what Judicial or Govornmental Branch is required to inform him that he must register with the Sheriff Department as a sex offender after serving his sentence within the Alabama Department of Corrections. A Statute is further vague when it fail to proscibe minimal guidlines to aid official's in the enforcement of that which is required by law.

The defendant's have failed to set out within Section 13A-11-200 and 15-20-22 (A)(I) Code of Alabama 1975 any guidlines of which Judicial Court & State Office, or Agency is required to give Brown notice upon conviction that he must register as a sex offender with the local Sheriff's Office, Rendering both Statutes unconstitutional for vague and indefinite for failure

to proscribe minimal guidelines to aid law enforcement officials in the enforcement of the statute's.

## RELIEF

1. Brown request Declatory relief that Statutes 13A-11-200 and 15-20-22 (A) (I) of the Code of Alabama 1975 be declared unconstituional.

2. Brown request that an injunctive order be issued preventing the State of Alabama from enforcing the unconstitutional Statutes, until the Alabama State Legislature can Amend the Statutes. To define who's reponsibility it is to notify Brown and other convicted individuals of their mandatory duty to register as a sex offender upon conviction of a sexual offence.

Respectfully Submitted on this the ___ day of October 2006.

*Jonathan E. Brown*
Jonathan Ellis Brown
# _____ / Quarters ____-____
1000 St. Clair Rd.
Springville, Alabama 35146