IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 NOV -2  A 10: 04

...RA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JONATHAN E. BROWN
    Plaintiff,

Vs.                                 2:06-CV-931-MHT
                                    (WO)

ATTORNEY GENERAL TROY KING, et al.,
    Defendants,

## MOTION FOR AN EXTENSIONOF TIME

Comes Now the plaintiff Jonathan E. Brown, and moves this Honorable Court, pursuant to Rule 6(b) of the F.R.Civ.P., for an Extension of Time, based on the following:

1. The Plaintiff is unable to pay the initial partial filing fee at this time.

2. The plaintiff does not know when a family member my send him a gift/money.

3. The Plaintiff needs additional time to try and contact someone to try and secure the partial filing fee.

WHEREFORE, the plaintiff prays that this Honorable Court will grant this Motion for Extension of time for an additional 30 days, to secure the necessary funds needed.

                                              Respectfully Submitted,

                                              */s/ Jonathan E. Brown*
                                              JONATHAN E. BROWN
                                              #170224 G5
                                              1000 St. Clair Rd.
                                              Springville, Al. 35146

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above said Motion for Extension of Time, upon TROY KING, Attorney General, 11 S. Union St., Montgomery, Al. 36130, by placing a copy of copy of the same in the U.S. Mail, postage prepaid and properly addressed this 1 day of November, 2006.

*Jonathan E. Brown*
JONATHAN ELLIS BROWN