IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JONATHAN ELLIS BROWN, #170 224    *

    Plaintiff,    *

    v.    *    2:06-CV-931-MHT

ATTORNEY GENERAL TROY KING,    *
*et al.*,
            *

    Defendants.

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time to comply with the court's October 24, 2006 order, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 4) is GRANTED; and

2. Plaintiff is GRANTED an extension from October 24, 2006 to November 27, 2006 to submit the initial partial filing fee as directed by order entered October 24, 2006.

DONE, this 9th day of November 2006.

                              /s/Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE