Brown

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Munlos_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
PMEADOWS

C. Date of Delivery

1. Governor Bob Riley
Office of the Governor
Alabama State Capitol
600 Dexter Avenue
Montgomery, AL 36130-2751

ess different from item 1? ☐ Yes
elivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

2:06CV931-MHT (cmp/order to dys)

Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1160 0001 2962 4820

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540