IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHON ELLIS BROWN, #170224 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO.: 2:06-CV-931-MHT |
| ) | |
| ATTORNEY GENERAL TROY KING, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

COME NOW the Defendants **Governor Bob Riley, Attorney General Troy King**, **and Speaker Seth Hammett,** and, pursuant to Rule 6(b)(1), Fed.R.Civ.P., move for an enlargement of time in which to file their Answer and Special Report. In support of the foregoing, Defendants show as follows:

1. On November 21, 2006, this Honorable Court ordered the Defendants to file a Special Report to the Plaintiff's preliminary injunction request on or before December 31, 2006.

4. Undersigned counsel has not received all affidavits and relevant records from the Plaintiff's institutional file relating to the Plaintiff's complaint.

5. The Defendants' Answer and Special Report cannot be prepared without these affidavits and records.

6. This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the Plaintiff.

WHEREFORE, based on the foregoing, Defendants respectfully request an enlargement of time for thirty (30) additional days, to January 30, 2006, to file their Answer and Special Report.

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL
KIN047

s/ *Joshua S. Bearden*
Joshua S. Bearden (BEA 070)
ASSISTANT ATTORNEY GENERAL

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 28th day of December, 2006, served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Jonathon Ellis Brown, # 170224
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL  35146

Scott L. Rouse
Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama 36130

Jeff Woodard
Office of the Speaker
Alabama House of Representatives
11 South Union Street
Montgomery, Alabama 36130

    /s/ *Joshua S. Bearden*
OF COUNSEL