IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JONATHAN ELLIS BROWN, #170 224          *

    Plaintiff,                                              *

    v.                                                         *          2:06-CV-931-MHT

ATTORNEY GENERAL TROY KING,          *
*et al*.,
                                  *

    Defendants.

_____

## ORDER ON MOTION

Upon consideration of Defendants' Motion for Extension of Time, and for good cause,

it is ORDERED that:

1.  Defendants' Motion for Extension of Time (Doc. No. 9) is GRANTED; and

2.  Defendants are GRANTED an extension from January 2, 2007 to January 30, 2007

2006 to file their answer and written report.

DONE, this 5th day of January 2007.

                                /s/Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE