IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

JONATHAN E. BROWN
    Plaintiff,

V.                                                      2:06-CV-931-MHT

ATTORNEY GENERAL TROY KING et al.,
    Defendant,

## MOTION FOR EXTENSION OF TIME

Comes now the plaintiff Joathan E. Brown and moves this Honorable Court, pursuant to Rule 6 of the A.R.Civ.P., for an Extension of Time based on the following:

1. The Plaintiff has Dialysis Mon., Wed., and Fri., from 10:00 a.m. until 1:00 or 2:00 p.m. and is physically unable to go to the Law Library afterwards.

2. The Law Library has been being shut down on 2nd Shift due to the shortage of Officer's and various other Security reason.

3. The plainitff needs an additional 30 days to be able to effectively research and prepare a proper response to the Defendant's allegations.

WHEREFORE, the plaintiff prays that this Honorable court grant this Motion for an Extension of Time.

Respectfully Submitted,

*Jonathan E. Brown*
JONATHAN E. BROWN
#170224 M03-2A
1000 St. Clair Rd.
Springville, Al. 35146

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above said Motion for Extension of Time, upon Troy King, 11 S. Union St., Montgomery, Al. 36130, by placing a copy of the same in the St. Clair Institutional Mail Box, with postage prepaid and properly addressed this 20 day of February, 2007, via U.S. Mail.

*Jonathan E. Brown*
JONATHAN E. BROWN

Jonathan E. Bryan
#170224 M-03-2A
1000 St. Clair Rd.
Springville, Al. 35146

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

To: Debra P. Hackett, Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-711

Free Mail