IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JONATHAN ELLIS BROWN, #170 224       *

    Plaintiff,                              *

    v.                                             *       2:06-CV-931-MHT

ATTORNEY GENERAL TROY KING,    *
*et al.*,
                                                        *

    Defendants.

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 14) is GRANTED; and

2. Plaintiff is GRANTED an extension from February 21, 2007 to March 23, 2007 to file his opposition.

DONE, this 26th day of February 2007.

                                           /s/Susan Russ Walker
                                       SUSAN RUSS WALKER
                                       UNITED STATES MAGISTRATE JUDGE