IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN ELLIS BROWN, #170224, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ATTORNEY GENERAL TROY ) <br> KING, et al., ) <br> ) <br>    Defendants. ) | CIVIL ACTION NO. 2:06cv931-MHT <br> (WO) |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on April 11, 2007 (doc. no. 16), and after an independent and de novo review, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case be and hereby is DISMISSED without prejudice.

DONE, this the 2nd day of May, 2007.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE