```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003730
Cashier ID: khaynes
Transaction Date: 02/05/2008
Payer Name: ST CLAIR CORR FACILITY
--------------------------------------
PLRA CIVIL FILING FEE
 For: JONATHAN ELLIS BROWN
 Case/Party: D-ALM-2-06-CV-000931-001
 Amount:         $8.00
--------------------------------------
CHECK
 Check/Money Order Num: 37257
 Amt Tendered:   $8.00
--------------------------------------
Total Due:       $8.00
Total Tendered:  $8.00
Change Amt:      $0.00
```