```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005381
Cashier ID: brobinso
Transaction Date: 06/05/2008
Payer Name: ST CLAIR CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JONATHAN ELLIS BROWN
 Case/Party: D-ALM-2-06-CV-000931-001
 Amount:         $23.69
------------------------------------
CHECK
 Check/Money Order Num: 37831
 Amt Tendered:   $23.69
------------------------------------
Total Due:       $23.69
Total Tendered:  $23.69
Change Amt:      $0.00
```