```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005707
Cashier ID: brobinso
Transaction Date: 07/03/2008
Payer Name: ST CLAIR CORR FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
 For: JONATHAN ELLIS BROWN
 Case/Party: D-ALM-2-06-CV-000931-001
 Amount:         $29.00
----------------------------------------
CHECK
 Check/Money Order Num: 37970
 Amt Tendered: $29.00
----------------------------------------
Total Due:      $29.00
Total Tendered: $29.00
Change Amt:     $0.00
```