```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006289
Cashier ID: khaynes
Transaction Date: 09/02/2008
Payer Name: ST CLAIR CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JONATHAN E BROWN
 Case/Party: D-ALM-2-06-CV-000931-001
 Amount:         $28.00
------------------------------------
CHECK
 Check/Money Order Num: 38281
 Amt Tendered: $28.00
------------------------------------
Total Due:       $28.00
Total Tendered:  $28.00
Change Amt:      $0.00
```